**Order entered August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00134-CR

**HAMID SHOHREH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82213-2013**

## ORDER

The Court **GRANTS** appellant's August 5, 2014 motion seeking an abatement of the appeal and remand to the trial court for preparation of the trial court's findings of fact and conclusions of law on appellant's motion in arrest of judgment and motion for new trial.

This appeal is **ABATED** to allow the trial court to file its findings of fact and conclusions of law. The appeal shall be reinstated **THIRTY DAYS** from the date of this order or when the findings and conclusions are received, whichever is earlier.

/s/  LANA MYERS
    JUSTICE